UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FIRUZKHON AKHMADOVICH ABBOSOV,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-699-CCB-SJF

# ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Firuzkhon Akhmadovich Abbosov from custody on appropriate conditions of supervised release. ECF 15. Respondent reports that the petitioner has since been released. ECF 17.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on September 15, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT